227, 3 *Atk.* 394, 5 *Atk.* 529. These are the prin- FALL   1812.
ciples both of the civil and common law, from the      I. District.
former of which the latter has borrowed them.

TALCOTT
*vs.*
*By the Court.* This case is not to be com-  McKIBBEN
pared to that of a reference of accounts. The   & AL.
parties have, by their own act, substituted judges
of their own choice. They have not required that
they should be sworn, and they have given them
full powers. By a mutual stipulation, the report
which they have made is to be the judgment of the
court. Surely, on good ground, the court would
inquire whether there has been any improper con-
duct; but, in the absence of any suggestion of
this kind, there must be judgment according to
the report.

———✳———

*DORMENON'S CASE. ANTE, VOL. I.* 129.

*By the Court,* LEWIS, *J. alone.* Mr. Dor-   P. Dorme-
menon has laid before me, a number of affidavits,  non restored
                                                   to his seat at
which he has obtained since his name was stricken  the bar.
off the roll of the attornies and counsellors of this
court, tending to disprove the charges which had
been made against him.

IT appears that he has lately been elected a
member of the house of representatives, and that
an enquiry has taken place in that body, in regard

P p

FALL 1812.
I. District.

DORMENON'S
CASE.

to his conduct in St. Domingo.   The house have unanimously come to a resolution, that the charges against him in that respect are unfounded, and have allowed him to retain his seat.   These charges were of a nature which interested the public at large ; but there was no complaint against that gentleman, in regard to his conduct, as an officer of this court.   Since, then, that branch of the legislature, which immediately represents the body of the people, have declared themselves perfectly satisfied that no imputation attaches on Mr. Dormenon, in regard to his conduct, in the instance in which it appeared reprehensible to this court, there seems to be no good reason to deny his prayer, to be reinstated in his seat at the bar.

THE order which was made him on the 9th day of July, 1810, is therefore rescinded.